# EXHIBIT 25


(/)

# AHA Statement on Final 340B Administrative Dispute Resolution Process Rule From HHS

🏠 (/)  /  Press (/taxonomy/term/120)  /  Press Releases (/press-release)

Chad Golder
General Counsel
American Hospital Association

April 18, 2024

The Administration's final rule for the 340B drug pricing program administrative dispute resolution (ADR) process is an important step in ensuring the integrity of the 340B program. The final rule contains several important process improvements, including a clear timeline for when ADR decisions must be made and an opportunity for reconsideration when parties are dissatisfied with the initial ADR decision. The AHA is particularly pleased that the final rule makes clear that an overcharge claim includes instances where a drug company has limited a hospital's ability to purchase 340B drugs at or below the 340B ceiling price. This rule will help hold drug companies accountable for their rampant abuses of the 340B program and the patients it serves.

We look forward to working with the Department of Health and Human Services to make sure it continues to use all tools available to stop drug companies from preventing 340B hospitals from providing vital care to their patients.

## Related Resources

LETTER/COMMENT
AHA Submits Comments on CMS Guidance For Medicare Drug Price Negotiation Program (/lettercomment/2024-07-02-aha-submits-comments-cms-guidance-medicare-drug-price-negotiation-program)

LETTER/COMMENT
AHA Letter to House Energy and Commerce Committees on Value of 340B Program (/2024-06-03-aha-letter-house-energy-and-commerce-committees-value-340b-program)

ACTION ALERT
Contact your Representative Prior to June 4 House Subcommittee Hearing on 340B (/action-alert/2024-05-29-contact-your-representative-prior-june-4-house-subcommittee-hearing-340b)

ADVISORY
HRSA Finalizes 340B Administrative Dispute Resolution Process (/advisory/2024-04-29-hrsa-finalizes-340b-administrative-dispute-resolution-process)

**LETTER/COMMENT**

**AHA Responds to Senate RFI on the SUSTAIN 340B Act Draft (/lettercomment/2024-03-26-aha-responds-senate-rfi-sustain-340b-act-draft)**

**GUIDES/REPORTS**

**The 340B Drug Pricing Program (/guidesreports/2024-03-12-340b-drug-pricing-program)**

**RELATED TOPICS:** 340B Drug Pricing Program (/topics/340b-drug-pricing-program)

**RELATED**
# News Articles

AHA submits comments on CMS draft guidance for Medicare drug price negotiation program (/news/headline/2024-07-02-aha-submits-comments-cms-draft-guidance-medicare-drug-price-negotiation-program)

Mississippi judge denies drug maker's and PhRMA's request for preliminary injunction in 340B case (/news/headline/2024-07-01-mississippi-judge-denies-drug-makers-and-phrmas-request-preliminary-injunction-340b-

AHA, others file amicus brief in Maryland to prevent injunction against 340B pricing for contract pharmacy arrangements (/news/headline/2024-06-27-aha-others-file-amicus-brief-maryland-prevent-injunction-

AHA files amicus brief defend Mississippi law to protect 340 pricing for contract pharmaci (/news/headline/2024-06-18-ah files-amicus-brief-defending-mississippi-law-protect-340b-pricing-contract-pharmacies)

**RELATED**
# Data & Insights

The 340B Drug Pricing Program (/guidesreports/2024-03-12-340b-drug-pricing-program)
Mar 12, 2024

340B Hospital Community Benefit Analysis (/guidesreports/2023-10-19-340b-hospital-community-benefit-analysis)
Oct 19, 2023

The 340B Program: How it Delivers Value to Patients and Providers (/guidesreports/2023-05-25-340b-program-how-it-delivers-value-patients-and-providers)
May 25, 2023

Survey Brief: Drug Companie Reduce Patients' Access to C by Limiting 340B Community Pharmacies (/2022-11-14-surv brief-drug-companies-reduce-patients-access-care-limiting-340b-community-pharmacies)


_(/)_
Advancing Health in America

**ABOUT AHA (/ABOUT)**

**ADVOCACY (/ADVOCACY/2020-01-30-2020-AHA-ADVOCACY-AGENDA)**

**CAREER RESOURCES (/ABOUT/CAREERS-AHA)**

**DATA & INSIGHTS (/DATA-INSIGHTS/HEALTH-CARE-BIG-PICTURE)**

**EDUCATION AND EVENTS (/CALENDAR)**

**NEWS (/NEWS)**

**ADVANCING HEALTH IN AMERICA (/ADVANCING-HEALTH-IN-AMERICA)**

**PRESS CENTER (/PRESS-CENTER)**

**AFFILIATED ORGANIZATIONS (/ABOUT/AHA-RELATED-ORGANIZATIONS)**

**ALSO OF INTEREST**

CMS finalizes changes to No Surprises Act... (https://www.aha.org/news/headline/2023-12-19-cms-finalizes-changes-no-surprises-act-administrative-and-idr-fees)

AHA Comments on No Surprises Act IDR Process... (https://www.aha.org/lettercomment/2024-02-05-aha-comments-no-surprises-act-idr-process-proposed-rule)

HHS finalizes rule on 340B Administrative... (https://www.aha.org/news/headline/2024-04-18-hhs-finalizes-rule-340b-administrative-dispute-resolution-process)

© 2024 by the American Hospital Association. All rights reserved.   Privacy Policy (/2022-07-14-privacy-policy)
Do Not Sell or Share My Personal Information (https://www.aha.org/2023-05-18-health-forum-inc-california-consumer-privacy-act-request-form)   Terms of Use (/2022-07-14-termsofuse)

 (https://www.facebook.com/ahahospitals)    (http://twitter.com/ahahospitals)    (http://www.youtube.com/user/AHAhospitals)
 (https://www.instagram.com/ahahospitals/)

Noncommercial use of original content on www.aha.org is granted to AHA Institutional Members, their employees and State, Regional and Metro Hospital Associations unless otherwise indicated. AHA does not claim ownership of any content, including content incorporated by permission into AHA produced materials, created by any third party and cannot grant permission to use, distribute or otherwise reproduce such third party content. Request permission to reproduce AHA content. (https://askrc.libraryresearch.info/reft100.aspx?key=ExtPerm)