J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
        clangston@mbmlawyers.com
        ctinney@mbmlawyers.com

Stephen M. Kuperberg (admitted *pro hac vice*)
Madelaine M. Cleghorn (admitted *pro hac vice*)
FELDESMAN LEIFER LLP
1129 20th Street, NW, Suite 400,
Washington, D.C. 20036
Telephone: (202) 466-8960
Facsimile: (202) 293-8103
Email: skuperberg@feldesman.com
        mcleghorn@feldesman.com

*Counsel for Amicus Curiae Association for Utah Community Health*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DEREK BROWN, et al.,<br><br>    Defendant. | **ASSOCIATION FOR UTAH COMMUNITY HEALTH'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**<br><br>Case No. 2:25-cv-00271-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-6(e), the Association for Utah Community Health ("AUCH")

respectfully moves this Court for leave to file the attached amicus curiae brief in support of

Defendants' Motion to Dismiss.

AUCH is a non-profit 501(c)(3) membership organization whose fourteen non-profit Federally Qualified Health Center ("FQHC") members provide essential healthcare services to medically underserved populations across the state. AUCH has a strong interest in the outcome of this case, which directly impacts the 340B Drug Pricing Program, a critical mechanism through which its members provide affordable medications and services to patients in need.

The proposed amicus brief offers a distinct perspective and important context around the history and application of the 340B statute, the public health implications of Plaintiffs' restrictions on contract pharmacies, and how SB 69 is an appropriate and necessary response to Plaintiffs' actions. The brief may aid the Court's evaluation of the issues by contextualizing the real-world impact on safety-net providers and the communities they serve.

Defendants consent to this motion. Plaintiff AbbVie does not oppose this motion.

Accordingly, AUCH respectfully requests that the Court grant this Motion and permit the filing of the attached amicus curiae brief.

Dated: May 30, 2025

FELDESMAN LEIFER LLP

*/s/ Stephen M. Kuperberg*
Stephen M. Kuperberg (admitted *pro hac vice*)
Madelaine M. Cleghorn (admitted *pro hac vice*)
*Counsel for Amicus Curiae Association for Utah Community Health*

MITCHELL BARLOW & MANSFIELD, P.C.

*/s/ J. Ryan Mitchell*
J. Ryan Mitchell
Christopher A. Langston
Colby Tinney
*Local Counsel for Amicus Curiae Association for Utah Community Health*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of May, 2025, I caused a true a correct copy of the foregoing **ASSOCIATION FOR UTAH COMMUNITY HEALTH'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS* BRIEF** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

*/s/ Colby Tinney*