*Order Prepared By:*
J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
        clangston@mbmlawyers.com
        ctinney@mbmlawyers.com

Stephen M. Kuperberg (admitted *pro hac vice*)
Madelaine M. Cleghorn (admitted *pro hac vice*)
FELDESMAN LEIFER LLP
1129 20th Street, NW, Suite 400,
Washington, D.C. 20036
Telephone: (202) 466-8960
Facsimile: (202) 293-8103
Email: skuperberg@feldesman.com
        mcleghorn@feldesman.com

*Counsel for Amicus Curiae Association for Utah Community Health*

---

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>     Plaintiff,<br><br>v.<br><br>DEREK BROWN, et al.,<br><br>     Defendant. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Case No. 2:25-cv-00271-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

Having considered the Motion for Leave to File Amicus Curiae Brief submitted by the

Association for Utah Community Health, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

DATED this __ day of May, 2025

BY THE COURT:

_____

Judge Robert J. Shelby
United States District Judge