Devin S. Anderson (18287)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Telephone: (801) 877-8115
Email: devin.anderson@kirkland.com

Matthew S. Owen, P.C. (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
          meredith.pohl@kirkland.com

*Counsel for Plaintiffs.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company), <br><br> *Plaintiffs*, <br> v. <br><br> DEREK BROWN, in his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, <br><br> and <br><br> JON PIKE, in his official capacity as INSURANCE COMMISSIONER OF THE STATE OF UTAH, <br><br> *Defendants*. | **ABBVIE'S WITNESS DISCLOSURE STATEMENT** <br><br> Case No. 2:25-cv-00271 <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Daphne A. Oberg |

**ABBVIE'S WITNESS DISCLOSURE STATEMENT**

Plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (collectively, "AbbVie") hereby disclose three witnesses that AbbVie anticipates calling at the evidentiary hearing scheduled for July 30 to 31, 2025. At that hearing, AbbVie plans to elicit testimony from one fact witness and two expert witnesses in support of its motion for a preliminary injunction:

1. **Edward Scheidler.** AbbVie anticipates calling Edward Scheidler as a fact witness. Mr. Scheidler is Head of AbbVie's 340B Center of Excellence. He will testify about the subjects covered in his declaration, which is filed on the Court's docket as ECF 12-1, as well as his knowledge of the 340B program and its impact on AbbVie.

2. **Amitabh Chandra, Ph.D.** AbbVie anticipates calling Dr. Amitabh Chandra as an expert witness. Dr. Chandra is a professor of public policy and the Director of Health Policy Research at Harvard's Kennedy School of Government. He is also a professor at Harvard Business School. A specialist in the healthcare industry, Dr. Chandra will testify about the contents of his expert report, which is filed on the Court's docket as ECF 61-3. That testimony will include, among other things, the basis for Dr. Chandra's expert opinion that additional 340B profits do not lead to meaningful increases in charity care or improvements in patient outcomes.

3. **Alice Chen, Ph.D.** AbbVie anticipates calling Dr. Alice Chen as an expert witness. Dr. Chen is an Associate Professor of Public Policy and Vice Dean for Research at USC's Sol Price School of Public Policy. A specialist in healthcare economics, Dr. Chen will testify about the contents of her expert report, which is filed on the Court's docket as ECF 61-4. That testimony will include, among other things, the basis for Dr. Chen's expert opinion that the 340B program has dramatically expanded in Utah—growth that has frequently occurred in Utah's

more affluent areas—as well as her review of relevant literature studying the operation and effects of the 340B program.

Dated: July 14, 2025

Respectfully submitted,

/s/ Devin S. Anderson
Devin S. Anderson (18287)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Telephone: (801) 877-8115
Email: devin.anderson@kirkland.com

Matthew S. Owen, P.C. (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
         meredith.pohl@kirkland.com

*Counsel for Plaintiffs.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Witness Disclosure Statement was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

*/s/ Devin S. Anderson*
Devin S. Anderson
